**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 02-11115
Summary Calendar

LOUIS CHARLES SHEPTIN,

Petitioner-Appellant,

VERSUS

LESTER FLEMING, Warden, Federal Medical Center-Fort Worth,

Respondent-Appellee.

Appeal from the United States District Court
For the North District of Texas
USDC No. 4:02-CV-533-A

March 12, 2003

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Louis Charles Sheptin, federal inmate # 90355-024, appeals the dismissal of his petition for habeas relief, filed pursuant to 28 U.S.C. § 2241, in which he alleged that he was entitled to sentence credit for time served while he was an escapee. The

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court dismissed Sheptin's petition because he failed to exhaust his administrative remedies.  Sheptin has waived the only appellate issue by failing to brief it.  Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); FED. R. APP. P. 28(a)(9)(A) and (B).

Sheptin's motion to supplement his brief is DENIED.  The judgment of the district court is AFFIRMED.  Sheptin's motion for the appointment of counsel is also DENIED.